DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSHUA DAVID NICHOLAS,**
Petitioner/Appellant,

v.

**RAYNELL HAGBERG,**
Respondent/Appellee.

No. 4D2026-0863

[August 12, 2026]

Petition for writ of certiorari and appeal of nonfinal order from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Michael Joseph McNicholas, Judge; L.T. Case No. 432025DR000684DRAXMX.

Joshua David Nicholas, Stuart, pro se.

No appearance for appellee.

PER CURIAM.

We deny the petition for writ of certiorari as to the psychological evaluation because the issue was waived. *See Klein v. Estate of Klein*, 295 So. 3d 793, 803 (Fla. 4th DCA 2020) (finding waiver by acquiesce and failure to timely object). We treat the portion of the petition challenging supervised visitation as a non-final appeal pursuant to Florida Rule of Appellate Procedure 9.130(a)(3)(C)(iii) and affirm. *See* Fla. R. App. P. 9.040(c) ("If a party seeks an improper remedy, the cause must be treated as if the proper remedy had been sought . . . .").

*Petition denied; affirmed.*

GERBER, LEVINE and SHEPHERD, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***